**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6295**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENISE CORTTESSIA ABDULLAH,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-94-422-JFM, CA-00-2376-HNM)

―――――――――

Submitted:  April 20, 2001          Decided:  May 22, 2001

―――――――――

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Denise Corttessia Abdullah, Appellant Pro Se.  Andrea L. Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denise C. Abdullah appeals the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. United States v. Abdullah, Nos. CR-94-422-JFM; CA-00-2376-HNM (D. Md. Dec. 19, 2000). Additionally, we recently held in United States v. Sanders, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), that the new rule announced in Apprendi v. New Jersey, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review. Further, Abdullah's § 2255 motion was untimely with respect to all three claims raised in her § 2255 motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied. The motion to supplement the informal brief is granted.

AFFIRMED

2